IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

EDDIE LEE BROWN, )
)
    Petitioner, )   CIVIL ACTION NO. CV205-016
)
v. )
)
UNITED STATES OF AMERICA, )   (Case No.: CR299-55)
)
    Respondent. )

## ORDER

Petitioner has filed a Motion for Reconsideration of the Court's Order dated June 15, 2005. (Doc. 10.) That Order dismissed Petitioner's motion, filed pursuant to 28 U.S.C.A. § 2255. Petitioner's Motion for Reconsideration is **DENIED**. The Order dated June 15, 2005, shall remain the Order of the Court.

**SO ORDERED**, this 8th day of July, 2005.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)