GAS 245D     (Rev. 07/22) Judgment in a Criminal Case for Revocations

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | (For Revocation of Probation or Supervised Release) |
| Eddie Lee Brown | Case Number: 2:99CR00055-1 |
| | USM Number: 10276-021 |
| | Juanita Marie Holsey |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violations of mandatory conditions of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these offenses:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition). | February 9, 2018 |
| 2 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition). | December 17, 2018 |
| 3 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition). | May 13, 2020 |

The defendant is sentenced as provided in page 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s).

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No: 9997

Defendant's Year of Birth: 1959

City and State of Defendant's Residence:

Brunswick, Georgia

February 9, 2023
Date of Imposition of Judgment

Signature of Judge

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
Name and Title of Judge

2/10/2023
Date

GAS 245D        (Rev. 07/22) Judgment in a Criminal Case for Revocations

Judgment— Page 2 of 3

DEFENDANT:        Eddie Lee Brown
CASE NUMBER:    2:99CR00055-1

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 4 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition). | August 28, 2021 |
| 5 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition). | February 17, 2022 |
| 6 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition). | April 3, 2022 |
| 7 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition). | April 15, 2022 |
| 8 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition). | June 28, 2022 |

GAS 245D        (Rev. 07/22) Judgment in a Criminal Case for Revocations

Judgment— Page 3 of 3

DEFENDANT: Eddie Lee Brown
CASE NUMBER: 2:99CR00055-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:  <u>Time served as to each of Count 2 and Count 3.</u>

☐ The Court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL